**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANAVJIT S. GILL,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>        Defendants. | Case No. 2:25-cv-00772-APG-NJK<br><br>**Order**<br><br>[Docket No. 4] |

On May 6, 2025, the Court ordered Plaintiff to file a certification that he completed a CM/ECF tutorial, and that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events, no later than June 6, 2025.  Plaintiff failed to comply with that order.  *See* Docket.  The Court again **ORDERS** Plaintiff to file a certification, no later than June 20, 2025.

IT IS SO ORDERED.

Dated: June 16, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1