UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MANAVJIT S. GILL,<br><br>    Plaintiff<br><br>v.<br><br>FEDERAL BUREAU OF NVESTIGATION, et al.,<br><br>    Defendants | Case No. 2:25-cv-00772-APG-NJK<br><br>**ORDER DISMISSING CASE FOR FAILURE TO SERVE** |

Manavjit Gill sues the FBI, its Director Kash Patel, and U.S. Attorney General Pamela Bondi. ECF No. 1.  He sues the individual defendants in their official capacities. *Id.*  Gill filed Affidavits purporting to show that he served process on the defendants. ECF Nos. 9, 11.  But it appears he did not serve them correctly.

Federal Rule of Civil Procedure 4(i)(2) sets forth how a party properly serves government defendants.  Gill's process server personally delivered copies of the relevant documents to the local United States Attorney's office, satisfying Rule 4(i)(1)(A). ECF No. 9.  Gill has provided proof that someone picked up and signed for the documents he mailed to the defendants in Washington, D.C. ECF Nos. 9-2, 9-3, 11-1, 11-2, 11-3.  But the documents were sent by Priority Mail, which does not satisfy the requirement that they be sent "by registered or certified mail." Fed. R. Civ. P. 4(i)(1), (i)(2).  Thus, this does not qualify as proper service.

On July 31, 2025, Gill was advised by the court that this action would be dismissed without prejudice unless he, by August 30, 2025, filed proof of proper service or showed good cause why such service was not timely made. ECF No. 14.  Gill did not respond to that notice. Thus, he has not proven proper service, shown good cause why service was not made, nor shown

cause why this action should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

    I THEREFORE ORDER that this case is DISMISSED without prejudice for failure to properly serve the defendants. If Gill wishes to pursue his claims against the defendants, he must do so in a new lawsuit.

    I FURTHER ORDER the clerk of court to close this file.

    DATED this 5th day of September, 2025.

                                              _____
                                              ANDREW P. GORDON
                                              CHIEF UNITED STATES DISTRICT JUDGE